IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No. 3:02-cr-125-FDW |
| ) | |
| v. ) | |
| ) | |
| JOSE ABEL HARO-FREGOSO ) | **ORDER** |

This matter is before the Court upon the Motion to Dismiss the case as to Defendant Jose Abel Haro-Fregoso in the above-captioned case filed by the United States (Doc. No. 35).

**IT IS THEREFORE, ORDERED** that the bill of indictment as to Defendant Jose Abel Haro-Fregoso in the above-captioned case is hereby dismissed.

**SO ORDERED.**

Signed: March 26, 2024

Frank D. Whitney
United States District Judge